No. 72–1469. LAVELLE *v.* UNITED STATES; and

No. 72–1575. THALER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 475 F. 2d 270.

No. 72–1478. WRIGHT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–1479. MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., ET AL. *v.* UNITED STATES TREASURY DEPARTMENT ET AL. C. C. P. A. Certiorari denied.

No. 72–1480. GLENN W. TURNER ENTERPRISES, INC., ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 72–1481. COX *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 72–1482. BROTHERHOOD OF TEAMSTERS & AUTO TRUCK DRIVERS, LOCAL NO. 70, INTERNATIONAL BROTHER-HOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–1483. HELLWIG ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–1486. GULLO *v.* ROBINSON, U. S. DISTRICT JUDGE. C. A. D. C. Cir. Certiorari denied.

No. 72–1492. CARMONA *v.* MOORE-MCCORMACK LINES, INC. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 72–1493. ROSS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.